AO 91 (Rev. 11/11) Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*August 28, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25-MJ-741 |
| Diego Masiel Torres | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 27, 2025 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111 | Section 111 - (a) In General —Whoever— (1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties |

This criminal complaint is based on these facts:

On August 27, 2025, Homeland Security Investigations (HSI) Rio Grande Valley conducted a consensual worksite encounter at a subdivision under construction near ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Special Agents approached and identified themselves as law enforcement officials, which resulted in the fleeing of multiple individuals. As an HSI Special Agent was attempting to apprehend an individual, Diego TORRES [DOB: ▇▇▇▇ USC] impeded the arrest by attempting to physically remove the Special Agent from the individual. TORRES was placed under arrest and transported to the HSI DSAC Rio Grande Valley Office in Harlingen, TX. During the interview, TORRES admitted to knowingly and intentionally impeding and interfering with the duties of a law enforcement official.

☐ Continued on the attached sheet.

*Complainant's Signature*

Jose R. Valadez, Jr.   Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim4.

**08/28/2025**
*Date*

*Judge's signature*

Ignacio Torteya III   U.S. Magistrate Judge
*Printed name and title*

Brownsville, Texas
*City and State*