UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 16 2025

NATHAN OCHSNER
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-25-732 |
| DIEGO MISAEL TORRES | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about August 27, 2025, in the Southern District of Texas, Defendant,

**DIEGO MISAEL TORRES**,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Anthony Hibbard, a Homeland Security Investigations Agent, while Anthony Hibbard was engaged in the performance of his official duties, and the commission of such acts involved physical contact with Anthony Hibbard.

In violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
LUIS SALAZAR
Assistant United States Attorney