EG
08/28/2025

**BROWNSVILLE** DIVISION
FILE: 2025R11010
B-25-741-MJ

**CRIMINAL DOCKET**

NO. **B-25-732**

INDICTMENT
COUNTY:  CAMERON

Filed:  SEPTEMBER 16, 2025

Judge: **Rolando Olvera**

ATTORNEYS:

**UNITED STATES OF AMERICA**

NICHOLAS J. GANJEI, USA

**vs.**

LUIS SALAZAR, AUSA

DIEGO MISAEL TORRES (YOB: 2006) U.S.

**CHARGE:**      Assaulting or Impeding a Federal Officer Involving Physical Contact
Total            18 U.S.C. 111(a)(1)
Counts
(1)

**PENALTY:**   up to 8 years imprisonment, a fine up to $250,000, and up to 3-year SRT

In Jail: X
On Bond:
No Arrest:
HSI: JOSE VALADEZ JR

**P R O C E E D I N G S:**