# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 1:25−cr−00732

Diego Masiel Torres

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ignacio Torteya, III

**PLACE:**
Courtroom 1
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 9/25/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Arraignment


Date:   September 16, 2025

Nathan Ochsner, Clerk